**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sonya BROWN, aka Sonya John,
Defendant—Appellant.**

No. 05–10319.

United States Court of Appeals,
Ninth Circuit.

Submitted March 13, 2006.*

Decided March 16, 2006.

Timothy T. Duax, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Marc J. Victor, Esq., Victor & Hall, PLC, Mesa, AZ, for Defendant–Appellant.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Sonya Brown appeals from her conviction and 144–month sentence imposed following her guilty plea to conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(ii), conspiracy to possess with intent to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(iii), and possession of a firearm by a felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Brown has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Brown has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

** This disposition is not appropriate for publication and may not be cited to or by the

Counsel's motion to withdraw is granted.

**DISMISSED.**